Fisher and Fisher
File # 42223

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Chase Manhattan Mortgage Corporation,<br>Plaintiff<br>VS.<br>Charles E. White, Gale Davis White a/k/a Gail White, Empire Funding Corp., Atlas Custom Builders, Inc., State of Illinois-Illinois Department of Public Aid, and Roshawn White,<br>Defendants | ) <br> ) <br> ) Case No. 00 C 1618 <br> ) Judge GUZMAN <br> ) <br> ) <br> ) <br> ) <br> ) |

JUN 2 6 2003

FILED JUN 1 8 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO:  - Charles E. White, 3516-18 W. Medill Ave., Chicago, IL 60647
- Gale Davis White a/k/a Gail White, 3516-18 W. Medill Ave., Chicago, IL 60647
- Atlas Custom Builders, Inc., 5007 W. Lawrence Ave., Chicago, IL 60630
- Empire Funding Corp., c/o CT Corp. Systems, 208 S. LaSalle, Chicago, IL 60604
- Roshawn White, 3516-18 W. Medill Ave., Chicago, IL 60647
- State of Illinois-Illinois Department of Public Aid, 100 W. Randolph, Chicago, IL 60601
- Occupants/Tenants of 3516-18 W. Medill Ave., Chicago, IL 60647

On June 24, 2003, 9:30 a.m. or as soon thereafter as counsel may be heard I shall appear before the Honorable Judge GUZMAN, Room 1219 or any other Judge presiding in his place in the United States Federal Courthouse located at 219 S. Dearborn, Chicago, IL, and shall then present the attached Motion to Correct Scrivener's Error. This is an attempt to collect a debt and any information obtained will be used for that purpose.

_____
One of its Attorneys

Kenneth H. Fisher, Barry M. Fisher, Elizabeth Kaplan Meyers,
Renee Meltzer Kalman, Michael S. Fisher, Kenneth J. Johnson,
Erik E. Blumberg, Marc D. Engel, Thomas J. Donahue,
Cynthia A. Sutherin, James R. Riegel
FISHER AND FISHER, Attorneys at Law, P.C.
120 N. LaSalle Street, Chicago, IL 60602

## PROOF OF SERVICE BY MAIL

I, the undersigned, an attorney certify that I served this notice by causing to mail a copy to the above named parties at the addresses listed above by depositing the same in the U.S. mail at 120 N. LaSalle Street Chicago, IL 60602 at 5:00 p.m. on June 13, 2003.

_____
One of its Attorneys

DOCKETED

JUN 2 6 2003

Fisher and Fisher
File # 42223

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chase Manhattan Mortgage Corporation,<br>    Plaintiff<br><br>VS.<br><br>Charles E. White, Gale Davis White a/k/a<br>Gail White, Empire Funding Corp., Atlas<br>Custom Builders, Inc., State of Illinois-<br>Illinois Department of Public Aid, and<br>Roshawn White,<br>    Defendants | )<br>)<br>)<br>) Case No. 00 C 1618<br>) Judge GUZMAN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED JUN 1 8 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

### MOTION TO CORRECT SCRIVENER'S ERROR AMENDING COMPLAINT FOR FORECLOSURE ON ITS FACE

Now comes the Plaintiff, Chase Manhattan Mortgage Corporation, by its attorneys, Fisher and Fisher, Attorneys at Law, P.C., and in support of its Motion to Correct Scrivener's Error, states as follows:

1. On March 17, 2000, Plaintiff filed its Complaint for Foreclosure.

2. It has come the attention of the Plaintiff's attorney that there is an unintentional scrivener error in the legal description.

4. A Judgment of Foreclosure has been entered in this matter.

5. Correcting this error will clarify the record so that all filed documents accurately reflect the proper legal description in this matter as follows:

> LOTS 53 AND 54 IN THE SUBDIVISION OF THE NORTH ½ OF THE WEST 1/3 OF THE NORTHEAST ¼ OF SECTION 35, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Further, the correction of this error will not, in any way, prejudice any of the parties to this action and this clerical error constitutes harmless error.

6. Said clerical error was inadvertent and a *nunc pro tunc* order to correct a clerical error may be entered at any time. Beck v. Stepp, 144 Ill.2d 232 (1991)

WHEREFORE Plaintiff respectfully requests that this Honorable Court enter an Order amending Plaintiff's Complaint for Foreclosure, on its face, and all filed documents in this matter, to correct the legal description and to grant such other and further relief as this Court deems just.

Respectfully submitted,

Chase Manhattan Mortgage Corporation,

BY:_____
One of its Attorneys

**FISHER AND FISHER**
**ATTORNEYS AT LAW, P.C.**
**120 N. LASALLE ST. - #2520**
**CHICAGO, ILLINOIS 60602**
**(312) 372-4784**