FISHER AND FISHER
File #42223

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
OCT 1 0 2003

| | |
|---|---|
| Chase Manhattan Mortgage Corporation, Plaintiff | )<br>)<br>) |
| v. | ) Case No. 00 C 1618<br>) Judge Guzman |
| Charles E. White, Gale Davis White a/k/a Gail White, Empire Funding Corp., Atlas Custom Builders, Inc., State of Illinois-Illinois Department of Public Aid, and Roshawn White, Defendants | )<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO: -Charles E. White, 3516-18 W. Medill Avenue, Chicago, Illinois 60647
-Gale Davis White a/k/a Gail White, 3516-18 W. Medill Avenue, Chicago, Illinois 60647
-Atlas Custom Builders, Inc., 5007 W. Lawrence Avenue, Chicago, Illinois 60630
-Empire Funding Corp., C/o CT Corp. Systems, 208 S. LaSalle, Chicago, Illinois 60604
-Roshawn White, 3516-18 W. Medill Avenue, Chicago, Illinois 60647
-State of Illinois-Illinois Department of Public Aid, 100 W. Randolph, Chicago, Illinois 60601
-Occupants/Tenants of 3516-18 W. Medill Avenue, Chicago, Illinois 60647

On October 7, 2003, at 9:30 a.m. or as soon thereafter as counsel may be heard I shall appear before the Honorable Judge Guzman, Room 1219 or any other judge presiding in his place in the United States Federal Courthouse located at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, Plaintiff's Motion to Vacate order entered on June 24, 2003. A copy of this Notice of Filing and Proof of Service are herewith served upon you.

_____
An Attorney

Renee Meltzer Kalman
Fisher and Fisher
Attorneys at Law, P.C.
120 No. LaSalle St., Suite 2520
Chicago, IL 60602
(312) 372-4784

## PROOF OF SERVICE BY MAIL

I, the undersigned, an attorney certify that I served this Notice by causing to mail a copy to the above named parties at the addresses listed above by depositing the same in the U.S. Mail at 120 N. LaSalle Street, Chicago, Illinois at 5:00 p.m. on September 30, 2003.

_____
An Attorney

Renee Meltzer Kalman
Fisher and Fisher
Attorneys at Law, P.C.
120 No. LaSalle St., Suite 2520
Chicago, IL 60602
(312) 372-4784

Fisher and Fisher
File #42223

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**
OCT 1 0 2003

| | |
|---|---|
| Chase Manhattan Mortgage Corporation, Plaintiff ) ) ) | |
| v.    ) ) | Case No. 00 C 1618 Judge Guzman |
| Charles E. White, Gale Davis White a/k/a Gail White, Empire Funding Corp., Atlas Custom Builders, Inc., State of Illinois-Illinois Department of Public Aid, and Roshawn White, Defendants ) ) ) ) ) ) ) | |

## MOTION TO VACATE ORDER ENTERED JUNE 24, 2003

Now comes the Plaintiff, Chase Manhattan Mortgage Corporation, by its attorneys, Fisher and Fisher, Attorneys at Law, P.C., and in support of its Motion to Vacate Order Entered June 24, 2003, amending the pleading to include Lot 54 in the legal description, states as follows:

1. The subject of this lawsuit is a mortgage foreclosure action filed.

2. On December 4, 2001, this Court entered the Order Approving the Report of Sell and Distribution and Order for Possession.

3. On June 24, 2003, this Court entered a Order granting Plaintiff's Motion to Correct Scrivener's Error to include Lot 54 in the legal description.

4. Plaintiff recently became aware that Lot 54 should not be included in the legal description.



WHEREFORE, the Plaintiff, Chase Manhattan Mortgage Corporation, respectfully requests that this Honorable Court enter an order vacating the order entered on June 24, 2003, correcting the scrivener's error.

Respectfully Submitted,

Chase Manhattan Mortgage Corporation

BY: _____
One of its Attorneys

Renee Meltzer Kalman
Fisher and Fisher, Attorneys at Law, P.C.
120 North LaSalle Street, Suite 2520
Chicago, Illinois 60602
(312) 372-4784